IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00891-LTB

KEITH FRAZIER,

    Plaintiff,

v.

P. FLORES, 2 Unit Manager, CCCF,
P. PACHECO, Chief of Unit Management, CCCF,
C. AMATO, Correctional Officer, CCCF,
P. CORONA, Correctional Officer, CCCF,
A. HARRIS, Correctional Officer, CCCF,
SMELSER, Warden, CCCF,
R. SELMAN, Assistant Warden, CCCF, and
A. DeCESARO, Step 3 Grievance Officer, CDOC,

    Defendants.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on May 15, 2013, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 15 day of May, 2013.

                      FOR THE COURT,

                      JEFFREY P. COLWELL, Clerk

                      By: s/E. Van Alphen
                          Deputy Clerk