IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00891-BNB

KEITH FRAZIER,

    Plaintiff,

v.

P. FLORES, 2 Unit Manager, CCCF,
P. PACHECO, Chief of Unit Management, CCCF,
C. AMATO, Correctional Officer, CCCF,
P. CORONA, Correctional Officer, CCCF,
A. HARRIS, Correctional Officer, CCCF,
SMELSER, Warden, CCCF,
R. SELMAN, Assistant Warden, CCCF, and
A. DeCESARO, Step 3 Grievance Officer, CDOC,

    Defendants.

---

ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

    Plaintiff, an inmate at the Crowley County Correctional Facility in Olney Springs, Colorado, initiated this action by filing *pro se* a Prisoner Complaint (ECF No. 1) and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (ECF No. 3). Although Plaintiff submitted a certified copy of his inmate trust fund account statement in support of the motion seeking leave to proceed *in forma pauperis*, he did not submit a signed authorization to calculate and disburse filing fee payments. He will be directed to submit a signed authorization if he still seeks to proceed *in forma pauperis* pursuant to § 1915 in this action. Alternatively, Plaintiff may pay the filing fee. Accordingly, it is

    ORDERED that **within thirty (30) days from the date of this order** Plaintiff

either submit a signed authorization to calculate and disburse filing fee payments or pay the filing fee.  It is

FURTHER ORDERED that, if Plaintiff fails within the time allowed either to submit a signed authorization to calculate and disburse filing fee payments or pay the filing fee, the action will be dismissed without further notice.  The dismissal shall be without prejudice.  It is

FURTHER ORDERED that the clerk of the court is directed to mail to Plaintiff, together with a copy of this order, a blank copy of the following form necessary to cure the deficiency:  Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.

DATED November 4, 2013, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge